WENDY M. KRINCEK, Bar No. 6417
EMIL S. KIM, ESQ. Bar No. 14894
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
ekim@littler.com

Attorneys for Defendant
LOOMIS ARMORED US, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA CLARKE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LOOMIS ARMORED US, LLC, a Foreign Limited-Liability Company, <br><br> Defendant. | Case No. 2:21-cv-01162-RFB-VCF <br><br> STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING <br><br> (FIRST REQUEST) |

Plaintiff Jessica Clarke ("Plaintiff") and Defendant Loomis Armored US, LLC ("Defendant"), by and through their attorneys of record, stipulate that Defendant shall have an additional fourteen (14) days to answer or otherwise plead in response to Plaintiff's complaint. This extension is necessary in order to permit Defendant additional time to collect and review sufficient information necessary to formulate a proper response. As such, Defendant is to file its response on or before July 30, 2021.

/ / /

/ / /

/ / /

LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169.5937
702.862.8800

This request is made in good faith and not for the purpose of delay.

Dated: July 15, 2021
Respectfully submitted,

/s/ Andre M. Lagomarsino, Esq.
ANDRE M. LAGOMARSINO, ESQ.
CORY M. FORD, ESQ.
LAGOMARSINO LAW

Attorneys for Plaintiff
JESSICA CLARKE

Dated: July 15, 2021
Respectfully submitted,

/s/ Wendy M. Krincek, Esq.
WENDY M. KRINCEK, ESQ.
EMIL S. KIM, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
LOOMIS ARMORED US, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: July 16, 2021

_____
UNITED STATES MAGISTRATE JUDGE

4820-2685-8226.1 / 028378-1000