|   |   |
|---|---|
| 1 | WENDY M. KRINCEK, Bar No. 6417 |
| 2 | EMIL S. KIM, ESQ. Bar No. 14894<br>LITTLER MENDELSON P.C. |
| 3 | 3960 Howard Hughes Parkway<br>Suite 300 |
| 4 | Las Vegas, Nevada 89169.5937<br>Telephone:    702.862.8800 |
| 5 | Fax No.:        702.862.8811<br>Email:           wkrincek@littler.com |
| 6 | ekim@littler.com |
| 7 | Attorneys for Defendant<br>LOOMIS ARMORED US, LLC |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| JESSICA CLARKE, an individual, | Case No. 2:21-cv-01162-RFB-VCF |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| LOOMIS ARMORED US, LLC, a Foreign Limited-Liability Company, | |
| Defendant. | |

Plaintiff JESSICA CLARKE ("Plaintiff") and Defendant LOOMIS ARMORED US, LLC ("Loomis") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

The Parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action, and that no party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this stipulation.

/ / /

/ / /

1  Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and
2  Order.

4  DATED this 4th day of March, 2022.              DATED this 4th day of March, 2022.

5  **LAGOMARSINO LAW**                              **LITTLER MENDELSON P.C.**

6   /s/ Andre Lagomarsino                           /s/ Emil S. Kim
   ANDRE M. LAGOMARSINO, ESQ. (#6711)              WENDY M. KRINCEK, ESQ. (#6417)
7  CORY M. FORD, ESQ. (#15042)                     EMIL S. KIM, ESQ. (#14894)
   3005 W. Horizon Ridge Pkwy., Suite 241          3960 Howard Hughes Pkwy #300
8  Henderson, Nevada 89052                         Las Vegas, NV 89169
9  Telephone: (702) 383-2864                       Telephone: (702) 862-8800

10 *Attorneys for Plaintiff Jessica Clarke*        *Attorneys for Defendant Loomis Armored US, LLC*

15
16 **IT IS SO ORDERED.**

17  DATED this 7th day  March        , 2022

18                                                  _____
                                                    RICHARD E. BOULWARE, II
19                                                  United States District Court

21 4893-1464-4241.1 / 028378-1260